UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEVIN MCLEAN WILSON, | ) | No. SACV 11-1187 JHN (FFM) |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| v. | ) | |
| COUNTY OF ORANGE BOARD OF SUPERVISORS, SAPD, | ) | |
| Defendant. | ) | |

On October 17, 2011, this Court ordered plaintiff to file his first amended complaint on or before November 16, 2011. As of this date, plaintiff has not complied with this Court's order.

IT THEREFORE IS ORDERED that, on or before December 16, 2011, petitioner shall either file a first amended complaint or show cause in writing, if any he has, why this case should not be dismissed for failure to prosecute. A failure to comply with this order will be interpreted as consent to the dismissal of the action.

DATED: November 28, 2011

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge